149 F.3d 1163
 Commercial Union Insurance Co., as Subrogee of Milton
Transportation, Inc., International Paper Company,
Williamette Industries, Inc.
v.
Kirby Building Systems, Inc., Franklin E. Cotner, d/b/a
Frank E. Cotner and Sons, Lifetime Steel Buildings, inc.,
Century Steel Buildings, Inc., Milton Transportation, Inc.,
d/b/a Milton Warehouse and Distribution, Milton
Transportation, Inc., d/b/a Milton Warehouse and Distribution
 NOS. 97-7272, 97-7285
 United States Court of Appeals,
Third Circuit.
 March 18, 1998
 Appeal From: M.D.Pa. ,No.4:cv960244
 
 1
 Affirmed.